UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

NOT FOR PUBLICATION

SOFIYA ARUTYUNOVA,

**MEMORANDUM & ORDER**

Plaintiff,

-against-

04-CV-5375

JO ANNE B. BARNHART
Commissioner of Social Security,

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 30 2006 ★

Defendant.
------------------------------------------------------------X

P.M. _____
TIME A.M. _____

AMON, United States District Judge:

For the reasons set forth on the record today, at 3:30 pm on Tuesday, March 28, 2006, the matter is remanded to the Commissioner for further development of the record and proceedings consistent with the Court's oral ruling. The Clerk of the Court is directed to enter judgment in accordance with this Order and to close the case.

SO ORDERED.

Dated:  Brooklyn, New York
        March 29, 2006

/s/ Hon. Carol B. Amon
_____
Carol Bagley Amon
United States District Judge