UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
SOFIYA ARUTYUNOVA,

                Plaintiff,

-against-

JO ANNE B. BARNHART,
Commissioner of Social Security,

                Defendant.
---------------------------------------------------------------X

JUDGMENT
04-CV- 5375 (NGG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 31 2006 ★

TIME A.M. / P.M. _____

      An Order of Honorable Carol Bagley Amon, United States District Judge, having been filed on March 30, 2006, remanding the matter to the Commissioner for further development of the record and proceedings consistent with the Court's ruling on the record on March 28, 2006; it is

      ORDERED and ADJUDGED that the matter is remanded to the Commissioner for further development of the record and proceedings consistent with the Court's ruling on the record on March 28, 2006.


Dated: Brooklyn, New York
       March 31, 2006

                                                /s/
                                           ROBERT C. HEINEMANN
                                           Clerk of Court